IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Leslie M. Hixenbaugh ) | |
| Sharon K. Hixenbaugh, ) | Case No. 20-20479 CMB |
| ) | Chapter 13 |
| Social Security No. XXX-XX-2678 ) | |
| ) | |
| *Debtor(s)* ) | Related to Document No. 37 |
| ) | |
| Leslie M. Hixenbaugh, ) | |
| ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Forward Air, Inc. and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| ) | |
| *Respondent(s)* ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on September 8, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Leslie & Sharon Hixenbaugh
5905 Victor Circle
Aliquippa, Pa 15001

Forward Air, Inc.
Attn: Payroll Dept.
PO Box 1058
Greeneville, TN 37744

Date of Service: September 8, 2020    /s/ Lauren M. Lamb
    Lauren M. Lamb, Esquire
    Attorney for the Debtor

    STEIDL & STEINBERG
    Suite 2830, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    Llamb@steidl-steinberg.com
    PA I.D. No. 209201