# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Leslie M. Hixenbaugh and ) | Case No. 20-20479-CMB |
| Sharon K. Hixenbaugh, ) | Chapter 13 |
| ) | Docket No. |
| **Debtors** ) | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]* **:**

❑ a motion to dismiss case or certificate of default requesting dismissal

 a plan modification sought by: Debtors to address a Notice of Mortgage Payment Change

❑ a motion to lift stay
 as to creditor _____

❑ Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

 Chapter 13 Plan dated January 29, 2020

❑ Amended Chapter 13 Plan dated _____ is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

 Debtor(s) Plan payments shall be changed from $1,379.00 to $1,459.40
 effective February, 2023; and/or the Plan term shall be changed from ___ months
 to ____ months.

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all

defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❑ Debtor(s) shall file and serve _____ on or before _____.

- ❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

Other: The Chapter 13 Plan payment increase is due to an increase in Debtors' mortgage payment to $1,012.59/month effective March 1, 2023 as per the Notice of Mortgage Payment Change filed by PNC Bank, N.A. on January 11, 2023 at claim number 11.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  19th day of  January , 2023

Dated:  1/19/2023

_____
Honorable Carlota M. Böhm   dmk
United States Bankruptcy Judge

Stipulated by:

/s/ Lauren M. Lamb
Counsel to Debtors

Stipulated by:

/s/James Warmbrodt
Counsel to Chapter 13 Trustee

cc:  All Parties in Interest to be served by Clerk

FILED
1/19/23 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20479-CMB |
| Leslie M. Hixenbaugh | Chapter 13 |
| Sharon K. Hixenbaugh | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 19, 2023 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leslie M. Hixenbaugh, Sharon K. Hixenbaugh, 5905 Victor Circle, Aliquippa, PA 15001-4818 |
| 15197740 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 15197739 | | Bureau of Account Managment, Bureau Of Account, Camp Hill, PA 17011 |
| 15197745 | | Merchants & Medical Credit, Viking Client Services, Flint, MI 48507 |
| 15197750 | | Sallie Mae/Navient, PO Box 9450, Wilkes Barre, PA 18773 |
| 15197751 | #+ | Sharp Collections, 114 N. Mercer Avenue, Sharpsville, PA 16150-2211 |
| 15197753 | + | Wells Fargo Bank, N.A., 301 E. 58th Street N, Sioux Falls, SD 57104-0422 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 20 2023 00:15:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 20 2023 00:15:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15197738 | + | Email/Text: bncnotifications@pheaa.org | Jan 20 2023 00:10:00 | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15220469 | | Email/PDF: bncnotices@becket-lee.com | Jan 20 2023 00:15:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15197741 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 20 2023 00:10:00 | Credit Collection Services, 2 Wells Avenue, Newton Center, MA 02459-3225 |
| 15197742 | + | Email/Text: mrdiscen@discover.com | Jan 20 2023 00:10:00 | Discover Card, PO Box 71084, Charlotte, NC 28272-1084 |
| 15231560 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 20 2023 00:10:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15215617 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 20 2023 00:10:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15197743 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jan 20 2023 00:10:00 | Great Lakes Student Loans, P.O. Box 3059, Milwaukee, WI 53201-3059 |
| 15197744 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 20 2023 00:10:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15231432 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 20 2023 00:10:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15197749 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

Case 20-20479-CMB    Doc 47    Filed 01/21/23    Entered 01/22/23 00:24:52    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2023 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 20 2023 00:10:00 | PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 15197747 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 20 2023 00:10:00 | Pnc Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15197746 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 20 2023 00:10:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15197748 | + | Email/Text: edinkel@vikingservice.com | Jan 20 2023 00:11:00 | PNC Card, c/o Viking Client Services, 7500 Office Ridge Circle, Eden Prairie, MN 55344-3782 |
| 15212319 | + | Email/Text: ebnpeoples@grblaw.com | Jan 20 2023 00:10:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15220994 | | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2023 00:10:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15198195 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2023 00:15:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15225205 | ^ | MEBN | Jan 20 2023 00:05:58 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15197752 | + | Email/Text: edinkel@vikingservice.com | Jan 20 2023 00:11:00 | Viking Client Services, 7500 Office Ridge Circle, Eden Prairie, MN 55344-3763 |
| 15230407 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 20 2023 00:14:56 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jan 19, 2023 | Form ID: pdf900 | Total Noticed: 28

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lauren M. Lamb
    on behalf of Debtor Leslie M. Hixenbaugh
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Joint Debtor Sharon K. Hixenbaugh
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7