IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Leslie M. Hixenbaugh and Sharon K. Hixenbaugh, | ) ) | Case No. 20-20479-CMB Chapter 13 |
| | ) | |
| Debtors | | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]* **:**

☐     a motion to dismiss case or certificate of default requesting dismissal

☑     a plan modification sought by:     <u>Debtors to provide for the administrative claim of Peoples Gas.</u>

☐     a motion to lift stay
        as to creditor

☐     Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑ Chapter 13 Plan dated     <u>January 29, 2020</u>
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑      Debtors' Plan payments shall be changed from $ <u>1,459.40</u> to $ <u>1,690.00</u> per month, effective <u>March, 2023</u> ; and/or the Plan term shall be changed from _____ months to _____ months. .

☐      In the event that Debtors fail to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtors and Debtors' Counsel a notice of default advising the Debtors that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtors fail to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐      Debtors shall file and serve _____ on or before _____ .

☐      If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐      If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☑      Other: <u>Peoples Gas shall be paid $168.73 per month beginning in March of 2023 as an administrative claim to be paid at level three as per the Order of Court entered at Docket No. 51.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  3rd  day of  March , 2023

Dated: 3/3/2023

*Carlota M. Böhm* dmk
Honorable Carlota M. Böhm
United States Bankruptcy Judge

Stipulated by:

/s/Lauren M. Lamb
Counsel to Debtors
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

Stipulated by:

/s/James Warmbrodt
Counsel to Chapter 13 Trustee

FILED
3/3/23 8:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/Jeffrey Hunt
Counsel to affected creditor - Peoples Gas

cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20479-CMB |
| Leslie M. Hixenbaugh | Chapter 13 |
| Sharon K. Hixenbaugh | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 03, 2023 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leslie M. Hixenbaugh, Sharon K. Hixenbaugh, 5905 Victor Circle, Aliquippa, PA 15001-4818 |
| 15197740 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 15197739 | | Bureau of Account Managment, Bureau Of Account, Camp Hill, PA 17011 |
| 15197745 | | Merchants & Medical Credit, Viking Client Services, Flint, MI 48507 |
| 15197750 | | Sallie Mae/Navient, PO Box 9450, Wilkes Barre, PA 18773 |
| 15197751 | #+ | Sharp Collections, 114 N. Mercer Avenue, Sharpsville, PA 16150-2211 |
| 15197753 | + | Wells Fargo Bank, N.A., 301 E. 58th Street N, Sioux Falls, SD 57104-0422 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 03 2023 23:59:05 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 04 2023 00:09:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15197738 | + | Email/Text: bncnotifications@pheaa.org | Mar 04 2023 00:01:00 | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15197740 | + | Email/Text: Bankruptcy@BAMcollections.com | Mar 04 2023 00:01:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 15220469 | | Email/PDF: bncnotices@becket-lee.com | Mar 04 2023 00:09:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15197741 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 04 2023 00:01:00 | Credit Collection Services, 2 Wells Avenue, Newton Center, MA 02459-3225 |
| 15197742 | + | Email/Text: mrdiscen@discover.com | Mar 04 2023 00:01:00 | Discover Card, PO Box 71084, Charlotte, NC 28272-1084 |
| 15231560 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 04 2023 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15215617 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 04 2023 00:01:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15197743 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 04 2023 00:01:00 | Great Lakes Student Loans, P.O. Box 3059, Milwaukee, WI 53201-3059 |
| 15197744 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 04 2023 00:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15231432 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2023 00:01:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15197749 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2023 00:01:00 | PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 15197747 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2023 00:01:00 | Pnc Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15197746 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2023 00:01:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15197748 | + | Email/Text: edinkel@vikingservice.com | Mar 04 2023 00:01:00 | PNC Card, c/o Viking Client Services, 7500 Office Ridge Circle, Eden Prairie, MN 55344-3782 |
| 15212319 | + | Email/Text: ebnpeoples@grblaw.com | Mar 04 2023 00:01:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15220994 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2023 00:01:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15198195 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2023 23:59:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15225205 | ^ | MEBN | Mar 03 2023 23:57:02 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15197752 | + | Email/Text: edinkel@vikingservice.com | Mar 04 2023 00:01:00 | Viking Client Services, 7500 Office Ridge Circle, Eden Prairie, MN 55344-3763 |
| 15230407 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 03 2023 23:59:05 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Mar 03, 2023 | Form ID: pdf900 | Total Noticed: 28

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Leslie M. Hixenbaugh julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Sharon K. Hixenbaugh julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8