IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Leslie M. Hixenbaugh ) | |
| Sharon K. Hixenbaugh, ) | Case No. 20-20479 CMB |
| ) | Chapter 13 |
| *Debtor(s)* ) | Related to Document No. 58 |
| ) | |
| Leslie M. Hixenbaugh, ) | |
| Social Security No. XXX-XX-2678 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Forward Air, Inc. and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| *Respondent(s)* ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on March 14, 2023, a true and correct copy of the *Amended Order to Pay Trustee* was served by the following methods upon the following persons and parties:

Leslie & Sharon Hixenbaugh
5905 Victor Circle
Aliquippa, PA 15001
*via E-Mail*

Forward Air, Inc.
Attn: Payroll Dept.
PO Box 1058
Greeneville, TN 37744
*via U. S. First Class Mail, postage prepaid*

Ronda J. Winnecour, Chapter 13 Trustee
*via ECF Mail*

Date of Service: March 14, 2023     /s/ Lauren M. Lamb
                                                                                   Lauren M. Lamb, Esquire
                                                                                  Attorney for the Debtor
                                                                                  STEIDL & STEINBERG
                                                                                  Suite 2830, Gulf Tower
                                                                                  707 Grant Street
                                                                                  Pittsburgh, PA 15219
                                                                                  (412) 391-8000
                                                                                  Llamb@steidl-steinberg.com
                                                                                  PA I.D. No. 209201