IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Leslie M. Hixenbaugh and ) | Bankruptcy No. 20-20479-CMB |
| Sharon K. Hixenbaugh, ) | Chapter 13 |
| ) | |
| Debtors ) | |
| ) | |
| Leslie M. Hixenbaugh and ) | |
| Sharon K. Hixenbaugh, ) | |
| ) | |
| Movants ) | |
| ) | |
| vs. ) | |
| ) | |
| American Education Services, Bureau of ) | |
| Account Management, Capital One Auto ) | |
| Finance, Capital One, N.A., Credit Collection ) | |
| Services, Discover Card, Duquesne Light ) | |
| Company, ECMC, Great Lakes Student ) | |
| Loans, Internal Revenue Service, Merchants ) | |
| & Medical Credit, PNC Bank Retail Lending, ) | |
| Peoples Natural Gas Company, LLC, ) | |
| Quantum3 Group LLC, Sallie Mae Navient, ) | |
| Sharp Collections, Synchrony Bank, UPMC ) | |
| Physician Services, Viking Collection ) | |
| Services, Wells Fargo Bank, N.A., and Ronda ) | |
| J. Winnecour, Chapter 13 Trustee, ) | |
| ) | |
| Respondents | |

**CONSENT ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING**

This matter comes before the Court upon the Consent Order to Approve Post-Petition Automobile Financing [Dkt. No. [63]] filed by Debtors on January 29, 2024. Based upon the foregoing, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Order* [Dkt. No. [63]] is **GRANTED** as provided by the terms of this *Order*. Debtors are authorized to obtain secured financing for the purchase of a 2011 Ford Ranger, or similar vehicle, on the following terms:

   a. the total amount of financing **shall not exceed $25,000.00**; and

   b. the monthly payments made under the financing agreement **shall not exceed $500.00** for no more than 72 months at an interest rate not to exceed 21.00%.

2. To the extent that Debtors secure financing for the purchase of a new vehicle, such payments **shall be made through the Chapter 13 Plan**. Within **30 DAYS** of securing such financing, Debtors shall file:

   a. an amended Chapter 13 Plan or Stipulated Order Modifying Plan; and

   b. a Report of Financing

3. To ensure the prompt and timely payment of the automobile loan, Debtors shall make a supplemental payment to the Chapter 13 Trustee **within 7 days** of filing the Report of Financing (and each month thereafter as necessary) in an amount sufficient for the Trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended Plan or approval of the Stipulated Order Modifying Plan.

4. Pending confirmation of the amended Plan or approval of the Stipulated Order Modifying Plan providing for the new postpetition loan payments, the Trustee is authorized to make monthly adequate protection payments to Clearview Federal Credit Union for the contract amount so long as sufficient supplemental funds are provided by Debtors.

5. Notwithstanding the inclusion of the postpetition loan within an amended Chapter 13 Plan or Stipulated Order Modifying Plan, the underlying terms of the loan shall not be modified absent the consent of Clearview Federal Credit Union.

6. Debtors shall serve copies of this *Order* on all creditors eligible to receive distributions through the Chapter 13 Plan and file proof of the same with the Court.

Prepared by: Lauren M. Lamb

| | |
|---|---|
| January 29, 2024 <br> DATE | /s/ Lauren M. Lamb <br> Lauren M. Lamb, Esquire <br> Attorney for the Debtors <br> STEIDL & STEINBERG <br> Suite 2830, Gulf Tower <br> 707 Grant Street <br> Pittsburgh, PA 15219 <br> (412) 391-8000 <br> llamb@steidl-steinberg.com <br> PA I.D. No. 209201 |
| January 29, 2024 <br> DATE | /s/Katherine DeSimone <br> Katherine DeSimone, Esquire <br> Attorney for Chapter 13 Trustee <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 <br> 412-471-5566 |
| DATED: January 30, 2024 | _Carlota M. Böhm_ jah <br> Honorable Carlota M. Böhm <br> United States Bankruptcy Judge |

FILED
1/30/24 3:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Administrator to Mail to:
Debtor(s)
Counsel for Debtor(s)
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                         Case No. 20-20479-CMB
Leslie M. Hixenbaugh                                                                                                 Chapter 13
Sharon K. Hixenbaugh
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                            User: auto                           Page 1 of 2
Date Rcvd: Jan 30, 2024                 Form ID: pdf900                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

**Recip ID**            **Recipient Name and Address**
db/jdb            + Leslie M. Hixenbaugh, Sharon K. Hixenbaugh, 5905 Victor Circle, Aliquippa, PA 15001-4818

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2024                      Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lauren M. Lamb | on behalf of Joint Debtor Sharon K. Hixenbaugh julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lauren M. Lamb | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 30, 2024 | Form ID: pdf900 | Total Noticed: 1

    on behalf of Debtor Leslie M. Hixenbaugh
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8