IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: <br> **Leslie M. Hixenbaugh** <br> **Sharon K. Hixenbaugh** <br><br> Debtor <br><br> **Leslie M. Hixenbaugh** <br> **Sharon K. Hixenbaugh** <br><br> Movant <br><br> v. <br><br> No Respondent | : : : : : : : : : : : : : : : | Bankruptcy No. **20-20479-CMB** <br><br> Chapter **13** <br><br> Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Lauren M. Lamb 209201**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding post-petition financing of a vehicle.

By: **/s/ Lauren M. Lamb**
Signature
**Lauren M. Lamb 209201**
Typed Name
**707 Grant Street**
**Suite 2830- Gulf Tower**
**Pittsburgh, PA 15219-1908**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**209201 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Clearview Federal Credit Union
8805 University Boulevard
Moon Township, PA 1510