IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Leslie M. Hixenbaugh and Sharon K. Hixenbaugh, | ) ) ) | Case No. 20-20479-CMB Chapter 13 |
| Debtors | ) | Related to Doc. Nos. 5, 68 |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:


☐      a motion to dismiss case or certificate of default requesting dismissal


x      a plan modification sought by:      <u>Debtors to provide for post-petition vehicle financing.</u>


☐      a motion to lift stay
          as to creditor


☐      Other:


**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the


*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*


x Chapter 13 Plan dated      <u>January 29, 2020</u>
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

x      Debtors' Plan payments shall be changed from $ <u>1,690.00</u> to
$ <u>2,440.00</u> per month, effective <u>April, 2024</u> ; and/or the Plan term shall
be changed from      months to      months.      .

☐      In the event that Debtors fail to make any future Chapter 13 Plan payments, the
Trustee or a party in interest may file with the Court and serve upon Debtors and
Debtors' Counsel a notice of default advising the Debtors that they have 30 days
from the service of the notice in which to cure any and all defaults in payments.
If Debtors fail to cure the defaults in payments after having been provided notice
under the provision of this Stipulated Order, then the Trustee or a party in interest
may submit an Order of Dismissal to the Bankruptcy Court along with an
affidavit attesting to a failure to make Plan payments, and the proceedings or case
may thereafter be dismissed without prejudice and without further hearing or
notice.

☐      Debtors shall file and serve      on or before      .

☐      If any of the foregoing is not completed by the date specified, the case may be
dismissed without prejudice without further notice or hearing upon the filing by
the Trustee of an Affidavit of Non-Compliance.

☐      If any of the foregoing is not completed by the date specified, the automatic stay
as to the property described as      may be lifted without further notice or
hearing upon the filing by the Creditor herein of an Affidavit of
Non-Compliance.

x      Other: <u>Clearview Federal Credit Union shall be paid a $499.00 per month</u>
<u>beginning in April of 2024 to be paid as a long-term continuing debt due to the</u>
<u>post-petition vehicle financing approved by Order of Court at Docket No. 64 on January</u>
<u>30, 2024.</u>

      **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

      **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 27th day of  March, 2024

FILED
3/27/24 9:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Honorable Carlota M. Böhm    jah
United States Bankruptcy Judge

Stipulated by:

/s/Lauren M. Lamb
Counsel to Debtors
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

Stipulated by:

/s/James Warmbrodt
Counsel to Chapter 13 Trustee

Stipulated by:


_____
Counsel to affected creditor


cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 20-20479-CMB

Leslie M. Hixenbaugh                                                                       Chapter 13

Sharon K. Hixenbaugh

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                            User: auto                                     Page 1 of 2

Date Rcvd: Mar 27, 2024                 Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

**Recip ID                      Recipient Name and Address**
db/jdb                      + Leslie M. Hixenbaugh, Sharon K. Hixenbaugh, 5905 Victor Circle, Aliquippa, PA 15001-4818

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2024                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2024 at the address(es) listed below:**

**Name                              Email Address**

Denise Carlon
                              on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com

Jeffrey Hunt
                              on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
                              on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                              btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lauren M. Lamb
                              on behalf of Joint Debtor Sharon K. Hixenbaugh
                              julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
                              rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb

District/off: 0315-2                          User: auto                                      Page 2 of 2
Date Rcvd: Mar 27, 2024                       Form ID: pdf900                                 Total Noticed: 1

on behalf of Debtor Leslie M. Hixenbaugh
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 8