Certificate Number: 14424-PAW-DE-039522450

Bankruptcy Case Number: 20-20479



14424-PAW-DE-039522450

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 5, 2025, at 7:38 o'clock PM EDT, Sharon K Hixenbaugh completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   April 5, 2025        By:   /s/Mabelyn  Ramirez

Name:   Mabelyn  Ramirez

Title:   Instructor