<div style="border:1px solid black; padding:8px;">

**Fill in this information to identify the case:**

Debtor 1     Leslie  M. Hixenbaugh

Debtor 2     Sharon  K. Hixenbaugh
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Western</u> District of <u>PA</u>

Case number   <u>20-20479 CMB</u>

</div>

## Form 4100R

## Response to Notice of Final Cure Payment                                                                                            10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

| | |
|---|---|
| **Name of Creditor:**   PNC Bank, National Association | **Court claim no.** (if known):   11 |

**Last 4 digits** of any number you use to identify the debtor's account:    8898

**Property address:**

   5905 Victor Circle
   Aliquippa, PA 15001

### Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on:    04 / 01 / 2025

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:
   a.  Total postpetition ongoing payments due:                                           (a)     $ _____
   b.  Total fees, charges, expenses, escrow, and costs outstanding:           + (b)     $ _____
   c.  **Total.** Add lines a and b.                                                              (c)     $ _____

   Creditor asserts that the debtor(s) are contractually obligated for
   the postpetition payment(s) that first became due on:

| Debtor(s) | Leslie  M. Hixenbaugh and  Sharon  K. Hixenbaugh | Case Number *(if known)*: 20-20479 CMB |
|---|---|---|
| | First Name   Middle Name           Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.



x /s/
Denise Carlon
03 Apr 2025, 15:01:02, EDT

Date    04/03/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Sharon K. Hixenbaugh<br>Leslie M. Hixenbaugh<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 20-20479 CMB**<br><br>**Chapter 13** |
| **PNC Bank, National Association**<br>　　　　　　　　　　**Movant**<br>　　　　vs.<br>**Sharon K. Hixenbaugh**<br>**Leslie M. Hixenbaugh**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>　　　　　　　　　　**Trustee** | **Related to Claim No. 11** |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 8, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Sharon K. Hixenbaugh
5905 Victor Circle
Aliquippa, PA 15001

Leslie M. Hixenbaugh
5905 Victor Circle
Aliquippa, PA 15001

Attorney for Debtor(s) (via ECF)
Lauren M. Lamb, Esq.
Steidl & Steinberg. P.C.
436 7th Ave
Koopers Building
Suite 322
Pittsburg, PA 15219

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first-class mail.

Dated: April 8, 2025

　　　　　　　　　　　　　　　　　　**/s/ Denise Carlon**
　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com