**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LESLIE M. HIXENBAUGH<br>SHARON K. HIXENBAUGH<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:20-20479<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

April 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/10/2020 and confirmed on 3/25/20 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 99,624.67 |
| Less Refunds to Debtor | 1,973.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 97,650.87 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 5,226.94 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,626.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 59,238.99 | 0.00 | 59,238.99 |
|     Acct: 8898 | | | | |
|   PNC BANK NA | 13,218.21 | 13,218.21 | 0.00 | 13,218.21 |
|     Acct: 8898 | | | | |
| | | | | 72,457.20 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LESLIE M. HIXENBAUGH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LESLIE M. HIXENBAUGH | 1,973.80 | 1,973.80 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 3,408.04 | 3,408.04 | 0.00 | 3,408.04 |
|     Acct: 2678 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 4,386.98 | 0.00 | 4,386.98 |
|     Acct: 8759 | | | | |
|   CLEARVIEW FCU** | 0.00 | 5,988.00 | 0.00 | 5,988.00 |
|     Acct: | | | | |
| | | | | 13,783.02 |
| **Unsecured** | | | | |
|   ECMC(*) | 48,330.14 | 1,944.32 | 0.00 | 1,944.32 |
|     Acct: 2678 | | | | |
|   BUREAU OF ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5051 | | | | |
|   QUANTUM3 GROUP LLC AGNT - CF MEDI( | 460.80 | 18.54 | 0.00 | 18.54 |
|     Acct: 359P | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6200 | | | | |
|   GREAT LAKES HIGHER ED CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9397 | | | | |
|   MERCHANTS & MEDICAL CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1133 | | | | |
| PNC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0146 | | | | |
| PNC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3806 | | | | |
| SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9541 | | | | |
| SHARP COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8502 | | | | |
| WELLS FARGO BANK NA | 4,862.84 | 195.63 | 0.00 | 195.63 |
| Acct: 2678 | | | | |
| INTERNAL REVENUE SERVICE* | 10,290.62 | 413.99 | 0.00 | 413.99 |
| Acct: 1169 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 568.18 | 22.86 | 0.00 | 22.86 |
| Acct: 5715 | | | | |
| CAPITAL ONE NA** | 732.01 | 29.45 | 0.00 | 29.45 |
| Acct: 6511 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 457.92 | 18.42 | 0.00 | 18.42 |
| Acct: 359A | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 106.85 | 4.30 | 0.00 | 4.30 |
| Acct: 503A | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 107.52 | 4.33 | 0.00 | 4.33 |
| Acct: 503P | | | | |
| UPMC PHYSICIAN SERVICES | 789.42 | 31.76 | 0.00 | 31.76 |
| Acct: 2678 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 2,488.44 | 100.11 | 0.00 | 100.11 |
| Acct: 6143 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9489 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VIKING CLIENT SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,783.71 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 89,023.93 |

TOTAL CLAIMED
  PRIORITY            3,408.04
  SECURED            13,218.21
  UNSECURED          69,194.74

Date: 04/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   LESLIE M. HIXENBAUGH
   SHARON K. HIXENBAUGH
       Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:20-20479

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Leslie M. Hixenbaugh  
Sharon K. Hixenbaugh  
    Debtors

Case No. 20-20479-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Apr 30, 2025      Form ID: pdf900      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leslie M. Hixenbaugh, Sharon K. Hixenbaugh, 5905 Victor Circle, Aliquippa, PA 15001-4818 |
| 15197739 | | Bureau of Account Managment, Bureau Of Account, Camp Hill, PA 17011 |
| 15197745 | | Merchants & Medical Credit, Viking Client Services, Flint, MI 48507 |
| 15197750 | | Sallie Mae/Navient, PO Box 9450, Wilkes Barre, PA 18773 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2025 00:53:31 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 00:53:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15197738 | + | Email/Text: bncnotifications@pheaa.org | May 01 2025 00:19:00 | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15197740 | + | Email/Text: Bankruptcy@BAMcollections.com | May 01 2025 00:20:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 15220469 | | Email/PDF: bncnotices@becket-lee.com | May 01 2025 00:35:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15697448 | + | Email/Text: bankruptcy@clearviewfcu.org | May 01 2025 00:20:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15197741 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 01 2025 00:21:00 | Credit Collection Services, 2 Wells Avenue, Newton Center, MA 02459-3225 |
| 15197742 | + | Email/Text: mrdiscen@discover.com | May 01 2025 00:19:00 | Discover Card, PO Box 71084, Charlotte, NC 28272-1084 |
| 15231560 | + | Email/Text: kburkley@bernsteinlaw.com | May 01 2025 00:21:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15215617 | | Email/Text: ECMCBKNotices@ecmc.org | May 01 2025 00:20:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15197743 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 01 2025 00:20:00 | Great Lakes Student Loans, P.O. Box 3059, Milwaukee, WI 53201-3059 |
| 15197744 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 01 2025 00:20:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 30, 2025 | Form ID: pdf900 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 15231432 | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2025 00:19:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15197749 | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2025 00:19:00 | PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 15197747 | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2025 00:19:00 | Pnc Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15197746 | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2025 00:19:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15197748 | + Email/Text: edinkel@vikingservice.com | May 01 2025 00:21:00 | PNC Card, c/o Viking Client Services, 7500 Office Ridge Circle, Eden Prairie, MN 55344-3782 |
| 15212319 | + Email/Text: ebnpeoples@grblaw.com | May 01 2025 00:19:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15220994 | Email/Text: bnc-quantum@quantum3group.com | May 01 2025 00:20:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15198195 | ^ MEBN | May 01 2025 00:14:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15225205 | Email/Text: BNCnotices@dcmservices.com | May 01 2025 00:20:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15197752 | + Email/Text: edinkel@vikingservice.com | May 01 2025 00:21:00 | Viking Client Services, 7500 Office Ridge Circle, Eden Prairie, MN 55344-3763 |
| 15230407 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 01 2025 00:35:29 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15197753 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 01 2025 01:24:43 | Wells Fargo Bank, N.A., 301 E. 58th Street N, Sioux Falls, SD 57104-0422 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15197751 | ##+ | Sharp Collections, 114 N. Mercer Avenue, Sharpsville, PA 16150-2211 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 02, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Leslie M. Hixenbaugh julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Sharon K. Hixenbaugh julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8