IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Leslie M. Hixenbaugh and Sharon K. Hixenbaugh, | ) ) | Bankruptcy No. 20-20479-CMB Chapter 13 |
|     Debtors | ) | Document No. |
| | ) | |
| Leslie M. Hixenbaugh and Sharon K. Hixenbaugh, | ) ) | |
|     Movants | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| No Respondents | ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.
2. The Debtors are not required to pay any Domestic Support Obligation.
3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.
4. On April 6, 2025, at docket numbers 79 & 80, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

| | |
|---|---|
| 5/2/2025 | /s/Leslie M. Hixenbaugh |
| Date | Leslie M. Hixenbaugh |
| | |
| May 2, 2025 | /s/Sharon K. Hixenbaugh |
| Date | Sharon K. Hixenbaugh |
| | |
| May 5, 2025 | /s/ Lauren M. Lamb |
| Date | Lauren M. Lamb, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | 436 Seventh Avenue |

Suite 322, Koppers Building
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com