**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    LESLIE M. HIXENBAUGH
    SHARON K. HIXENBAUGH
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:20-20479

Chapter 13

Related to:  Document No. 82

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this _____16th_____ day of _____June_____, 20 25 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6).  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

SIGNED
6/16/25 8:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 20-20479-CMB

Leslie M. Hixenbaugh                                                                      Chapter 13

Sharon K. Hixenbaugh

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 3

Date Rcvd: Jun 16, 2025                       Form ID: pdf900                              Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leslie M. Hixenbaugh, Sharon K. Hixenbaugh, 5905 Victor Circle, Aliquippa, PA 15001-4818 |
| 15197739 | | Bureau of Account Managment, Bureau Of Account, Camp Hill, PA 17011 |
| 15197745 | | Merchants & Medical Credit, Viking Client Services, Flint, MI 48507 |
| 15197750 | | Sallie Mae/Navient, PO Box 9450, Wilkes Barre, PA 18773 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 17 2025 00:30:09 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2025 01:06:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15197738 | + | Email/Text: bncnotifications@pheaa.org | Jun 17 2025 00:10:00 | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15197740 | + | Email/Text: Bankruptcy@BAMcollections.com | Jun 17 2025 00:10:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 15220469 | | Email/PDF: bncnotices@becket-lee.com | Jun 17 2025 00:41:47 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15697448 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 17 2025 00:10:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15197741 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 17 2025 00:11:00 | Credit Collection Services, 2 Wells Avenue, Newton Center, MA 02459-3225 |
| 15197742 | + | Email/Text: mrdiscen@discover.com | Jun 17 2025 00:09:00 | Discover Card, PO Box 71084, Charlotte, NC 28272-1084 |
| 15231560 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 17 2025 00:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburg, PA 15219-1945 |
| 15215617 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 17 2025 00:10:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15197743 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 17 2025 00:10:00 | Great Lakes Student Loans, P.O. Box 3059, Milwaukee, WI 53201-3059 |
| 15197744 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 17 2025 00:10:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Jun 16, 2025 | Form ID: pdf900 | Total Noticed: 28

| | | | |
|---|---|---|---|
| 15231432 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 17 2025 00:09:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15197749 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 17 2025 00:09:00 | PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 15197747 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 17 2025 00:09:00 | Pnc Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15197746 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 17 2025 00:09:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15197748 | + Email/Text: edinkel@vikingservice.com | Jun 17 2025 00:11:00 | PNC Card, c/o Viking Client Services, 7500 Office Ridge Circle, Eden Prairie, MN 55344-3782 |
| 15212319 | + Email/Text: ebnpeoples@grblaw.com | Jun 17 2025 00:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15220994 | Email/Text: bnc-quantum@quantum3group.com | Jun 17 2025 00:10:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15198195 | ^ MEBN | Jun 17 2025 00:01:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15225205 | Email/Text: BNCnotices@dcmservices.com | Jun 17 2025 00:10:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15197752 | + Email/Text: edinkel@vikingservice.com | Jun 17 2025 00:11:00 | Viking Client Services, 7500 Office Ridge Circle, Eden Prairie, MN 55344-3763 |
| 15230407 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 17 2025 01:06:40 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15197753 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 17 2025 00:42:44 | Wells Fargo Bank, N.A., 301 E. 58th Street N, Sioux Falls, SD 57104-0422 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15197751 | ##+ | Sharp Collections, 114 N. Mercer Avenue, Sharpsville, PA 16150-2211 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2025            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Leslie M. Hixenbaugh  julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Sharon K. Hixenbaugh  julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 8